JOSEPH ET AL. *v.* INDIANA.

No. 8.   Argued January 19, 1959.—Decided March 23, 1959.

*William S. Isham,* acting under appointment by the Court, 355 U. S. 948, argued the cause and filed a brief for petitioners.

*Robert M. O'Mahoney,* Deputy Attorney General of Indiana, argued the cause for respondent.   With him on the brief were *Edwin K. Steers,* Attorney General, and *Owen S. Boling,* Assistant Attorney General.

PER CURIAM.

The writ of certiorari is dismissed as improvidently granted.